NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Barrett S. Litt (SBN 45527)
David S. McLane (SBN 124952)
Caitlin S. Weisberg (SBN 26279)
McLANE, BEDNARSKI & LITT, LLP
975 E. Green Street
Pasadena, California 91106   Tel: 626-844-7660

ATTORNEY(S) FOR: Plaintiff Arturo Aceves Jimenez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARTURO ACEVES JIMENEZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. CITY OF LOS ANGELES, ET AL. Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ARTURO ACEVES JIMENEZ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Arturo Aceves Jimenez | Plaintiff |
| City of Los Angeles | Defendant |
| County of Los Angeles | Defendant |
| Patricia Guerra | Defendant |
| George Lou Leiker | Defendant |
| Sal LaBarbera | Defendant |
| Dominick Fuentes | Defendant |

September 2, 2021                  /s/ Caitlin S. Weisberg
Date                               Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Arturo Aceves Jimenez