1  BARRETT S. LITT (No. 45527)
   Email: blitt@mbllegal.com
2  DAVID S. McLANE (No. 124952)
   Email: dmclane@mbllegal.com
3  CAITLIN S. WEISBERG (No. 262779)
4  Email: cweisberg@mbllegal.com
   RODRIGO PADILLA (No. 339523)
5  Email: rpadilla@mbllegal.com
6  McLANE, BEDNARSKI & LITT, LLP
7  975 E. Green Street
   Pasadena, California 91106
8  Telephone: (626) 844-7660
9  Facsimile: (626) 844-7670

10
11 Attorneys for Plaintiff Arturo Aceves Jimenez

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  ARTURO ACEVES JIMENEZ, | Case No. 2:21-cv-07117-MRW |
| 16           Plaintiff, | [Hon. Michael R. Wilner] |
| 17 | |
| 18      vs. | |
| 19  CITY OF LOS ANGELES, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT COUNTY OF LOS ANGELES** |
| 20  COUNTY OF LOS ANGELES, PATRICIA GUERRA, GEORGE LOU LEIKER, SAL LaBARBERA, DOMINICK FUENTES, AND DOES 1-10, INCLUSIVE, | |
| 21 | |
| 22 | |
| 23 | Trial: None set |
| 24           Defendants. | |

25
26
27
28

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 25, 2022, Plaintiff Arturo Aceves Jimenez and Defendant County of Los Angeles, by and through their respective attorneys of record, reached a tentative settlement in the above-captioned case as to Plaintiff's claims against the County of Los Angeles. This settlement has no impact on Plaintiff's claims against the other defendants who have appeared in the action.

The tentative settlement between Plaintiff and Defendant County of Los Angeles must be approved by the County of Los Angeles Claims Board and the County's Board of Supervisors. It is anticipated that this process will take approximately nine (9) months to complete.

Plaintiff hereby requests that the Court set a status conference for nine (9) months from today's date to determine the status of the above-referenced approval process. In the event that the settlement has been approved and finalized before that date, Plaintiff will notify the Court and request that the status conference be vacated.

DATED: April 26, 2022        Respectfully submitted,

**McLANE, BEDNARSKI & LITT, LLP**

By: /s/ *Caitlin S. Weisberg*
    BARRETT S. LITT
    DAVID S. McLANE
    CAITLIN S. WEISBERG
    RODRIGO PADILLA

Attorneys for Plaintiff Arturo Aceves Jimenez