ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
ROB LEE - State Bar No. 305694
rlee@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendant
County of Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTURO ACEVES JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, PATRICIA GUERRA, GEORGE LOU LEIKER, SAL LaBARBERA, DOMINICK FUENTES, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 2:21−cv−07117-MRW<br><br>[Honorable Michael R. Wilner]<br><br>**DEFENDANT COUNTY OF LOS ANGELES'S REPORT REGARDING STATUS OF FINAL APPROVAL OF SETTLEMENT** |

Pursuant to the Court's December 6, 2022 order (ECF No. 56), Defendant County of Los Angeles ("County") submits this report advising the Court of the status of final approval of the settlement between the County and Plaintiff Arturo Aceves Jimenez (the "Settlement").

As of the date of filing of this Report, the Settlement is in the final stages of the County's comprehensive litigation resolution approvals process, described briefly below. The County anticipates the Settlement will be presented to the County Board of Supervisors for its final approval within approximately 60 to 90 days.

The County and Plaintiff participated in a mediation on April 25, 2022, during which the parties agreed to the Settlement. Immediately after the mediation and Settlement, the County began its efforts to submit this matter for final approval. Among other things, the process required the drafting of three documents, each one of which underwent multiple layers of review and approval by various County officials and agencies.

First was a comprehensive analysis by counsel analyzing the litigation, discussing the proposed settlement and recommending the approval of the settlement. Second was a Corrective Action Plan ("CAP"), which substantively discusses the underlying claims made in the litigation, identifying each of the root causes that led to the underlying claim, and detailing the steps the County is taking to seek to prevent a similar claim from occurring in the future. Third is a Summary Corrective Action Plan ("SCAP"), which provided a more summary version of the CAP.

The County obtained the necessary approvals of these documents prepared in connection with the Settlement, thereby completing what is ordinarily the most time-consuming stage of the approvals process. Next, the Settlement required approval by the Los Angeles County Claims Board.

On December 19, 2022, the Claims Board considered the Settlement and voted to approve it. All that remains now is presentation to the County's Public Safety

Cluster for its consideration, followed by submission to the County Board of Supervisors for its vote on final approval.

The County is now working diligently to schedule the matter to be heard by the Public Safety Cluster, and for a subsequent vote by the Board of Supervisors, as soon as those deliberative bodies' respective calendars allow. Absent unforeseen and unavoidable delays, the County expects a vote on final approval by the Board of Supervisors within the next 60 to 90 days.

DATED: December 20, 2022

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP

By: _____
ANDREW BAUM
ROB LEE
   Attorneys for Defendant
   County of Los Angeles

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I electronically filed the foregoing document titled **DEFENDANT COUNTY OF LOS ANGELES'S REPORT REGARDING STATUS OF FINAL APPROVAL OF SETTLEMENT** to all parties using the Electronic Case Filing ("ECF") system of this Court. The ECF system will send a "Notice of Electronic Filing" to the attorneys of record.

                                                    */s/ Robert James Lee*
                                                    Rob Lee