UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 21- 7117-KS                                                                         Date: September 17, 2024

Title      _Arturo Aceves Jimenez v. City of Los Angeles, et al._


Present: The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Petitioner:            Attorneys Present for Respondent:


**Proceedings: (IN CHAMBERS) ORDER SETTING CASE MANAGEMENT CONFERENCE**

The parties have consented to Magistrate Judge Karen L. Stevenson to conduct all further proceedings in this case, including trial and final judgment. (Dkt. No. 103.)  A Case Management Conference is scheduled for **11:30 a.m. on Monday, September 30, 2024.  The hearing will be held as a telephonic conference.** The Deputy Clerk will email the participating parties the call-in information.

**IT IS SO ORDERED.**

                                                                                                                        :
                                                                                        **Initials of Preparer**    gr