BARRETT S. LITT (No. 45527)
Email: blitt@mbllegal.com
DAVID S. McLANE (No. 124952)
Email: dmclane@mbllegal.com
RODRIGO PADILLA (No. 339523)
Email: rpadilla@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 E. Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiff Arturo Aceves Jimenez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARTURO ACEVES JIMENEZ, | Case No. 2:21-cv-07117-KS |
|---|---|
| Plaintiff, | **JOINT STIPULATION SETTING PRETRIAL AND TRIAL DATES AND DEADLINES PURSUANT TO COURT'S ORDERS AT OCTOBER 29, 2024 SCHEDULING CONFERENCE** |
| vs. | |
| CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, PATRICIA GUERRA, GEORGE LOU LEIKER, SAL LaBARBERA, AND DOES 1-10, INCLUSIVE, | |
| Defendants. | Complaint filed: 9/2/2021<br>Trial Date: TBD |

STIPULATION TO SETTING PRETRIAL AND TRIAL DATES AND DEADLINES

Pursuant to the scheduling conference held by the Court on October 29, 2024, the Court ordered the following schedule in this matter, with the concurrence of counsel for all parties:

SCHEDULE OF PRETRIAL AND TRIAL DATES

| Matter | Date/Time | Weeks before Trial | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|---|---|
| Trial date (Court/Jury) Length of Trial ____ days: | 9:00 am (Tuesday) | | Plaintiff requests to submit a trial estimate by date of fact witness discovery cut-off of 2/28/2025, or earlier as ordered by the Court. | | 10/27/2025 |
| Pretrial Conference, L.R. 16 | 1:00 p.m. (Tuesday) | 4 | | | 10/07/2025 1:00 p.m. |
| Hearing on Motions in Limine | 1:00 p.m. (Tuesday) | 2 | 10/07/2025 | | |
| Court Trial Lodge Findings of Fact and Conclusions of Law, L.R. 52, and Summaries of Direct Testimony | | 3 | N/A | | |
| Jury Trial Lodge Final Pretrial Conference Order, L.R. 16-7; File Proposed and Disputed Jury Instructions and Verdict Forms; **Statement of the Case, Proposed Voir Dire; Oppositions to MILs** | | See L.R. 16-7.1 | | | 09/23/2025 |

1

STIPULATION SETTING PRETRIAL AND TRIAL DATES AND DEADLINES

| Matter | Date/Time | Weeks before Trial | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|---|---|
| <u>Jury Trial</u><br>File Memo of Contentions of Fact and Law, L.R. 16-4; Exhibit and Witness Lists, L.R. 16-5, 16-6; **MILs**<br>File Status Report Regarding Settlement | | 7 | | | 09/16/2025 |
| Trial Brief, L.R. 16-10 | | 1 | 10/20/2025 | | |
| Last date to conduct Settlement Conference, L.R. 16-5 | | 10 | | | 9/30/2025 |
| Last date for hearing dispositive motions, L.R. 7 | 10:00 am (Wednesday) | 12 | File: 05/12/2025<br>Opp: 06/17/2025<br>Reply: 06/25/2025 | | Hearing: 07/08/2025<br><br>File: 05/12/2025 |
| Non-Expert Discovery Cut-off | | | | | 02/28/2025 |
| Expert Disclosure (Initial) | | | | | 03/13/2025 |
| Expert Disclosure (Rebuttal) | | | | | 04/10/2025 |
| Expert Discovery cut off | | | | | 05/30/2025 |
| Last day to amend pleadings | | | | | |

IT IS SO STIPULATED.

DATED: November 2, 2024        McLANE, BEDNARSKI & LITT, LLP

By: /s/ *David S. McLane*

DAVID S. McLANE
Attorneys for Plaintiff

2
STIPULATION SETTING PRETRIAL AND TRIAL DATES AND DEADLINES

DATED: November 2, 2024        MANNING KASS

By: */s/ Geoffrey Plowden*

GEOFFREY PLOWDEN
Attorneys for Defendant City of Los Angeles and Individual Defendants

**Attestation Regarding Signatures Under Local Civil Rule 5-4.3.4**

I, David S. McLane, attest that all other signatories listed and on whose behalf this filing is submitted concur in the content of this filing and have authorized this filing and the affixing of the electronic signature on this filing.

DATED: November 2, 2024        McLANE, BEDNARSKI & LITT, LLP

By: */s/ David S. McLane*

DAVID S. McLANE
Attorneys for Plaintiff