David S. McLane, SBN 45527   dmclane@mbllegal.com
Rodrigo Padilla, SBN 339523   rpadilla@mbllegal.com
McLane, Bednarski & Litt, LLP
975 E. Green Street, Pasadena, CA 91106
Tel: 626/844-7660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Arturo Aceves Jimenez

Plaintiff(s)

v.

City of Los Angeles, et al.

Defendant(s).

CASE NUMBER:

2:21-cv-07117-KS

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _Rick Copeland_ may serve as the Panel Mediator in the above-captioned case. _David S. McLane_ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _January 16, 2025_ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: November 14, 2024          /s/ David S. McLane
                                  Attorney For Plaintiff   Arturo Aceves Jimenez

Dated: _____                     _____
                                  Attorney For Plaintiff

Dated: November 14, 2024          /s/ Geoffrey Plowden
                                  Attorney For Defendant   City of LA, Individual Defendants

Dated: _____                     _____
                                  Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR 2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)        STIPULATION REGARDING SELECTION OF PANEL MEDIATOR